**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PAULETTE BILLIE & RONALD BILLIE, h/w, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| AUTISM SPEAKS, INC., | : | NO. 12-2261 |
| | : | |
| Defendant | : | |

## ORDER

And NOW, this 13th day of December, for the reasons stated in the foregoing memorandum, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED, Plaintiff's Complaint is DISMISSED, and the clerk shall close the case.

                 **BY THE COURT:**

                 */s/ Michael M. Baylson*

                 **Michael M. Baylson, U.S.D.J.**